**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICROSOFT CORPORATION,**<br><br>    Plaintiff,<br><br>    v.<br><br>**A&S ELECTRONICS INC., dba TRUSTPRICE.COM AND ALAN Z. LIN,**<br><br>    Defendants. | Case No.: 15-CV-3570 YGR<br><br>**ORDER DENYING AS MOOT MOTION OF DEFENDANT A&S ELECTRONICS, INC. AND ALAN Z. LIN TO DISMISS COMPLAINT** |

Defendants A&S Electronics, Inc. and Alan Z. Lin ("Defendants") filed a motion to dismiss the complaint of Plaintiff Microsoft Corporation ("Microsoft"). (Dkt. No. 21.) In response, Microsoft filed an amended complaint on October 20, 2015. (Dkt. No. 23.)

In light of the filing of the amended complaint, the Motion to Dismiss is **DENIED AS MOOT**. Further, the parties' pending stipulation (Dkt. No. 22) to continue the hearing on the motion to dismiss is **DENIED AS MOOT**. The Initial Case Management Conference set for November 16, 2015, at 2:00 p.m. remains on calendar.

This terminates Docket Nos. 21 and 22.

**IT IS SO ORDERED**.

Date: October 21, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**