United States District Court
Northern District of California

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    MICROSOFT CORPORATION,

         Plaintiff,                          Case No.  15-cv-03570-YGR

5

         v.                                  **CASE MANAGEMENT AND
6                                            PRETRIAL ORDER**

7    A&S ELECTRONICS, INC., et al.,

         Defendants.

8

9    **TO ALL PARTIES AND COUNSEL OF RECORD:**

10       The Court hereby sets the following trial and pretrial dates:

11   **PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, April 25, 2016 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | April 17, 2016 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | December 31, 2015 |
| NON-EXPERT DISCOVERY CUTOFF: | May 31, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: June 1, 2016 / Rebuttal: June 15, 2016 |
| EXPERT DISCOVERY CUTOFF: | July 1, 2016 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | August 25, 2016 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, October 7, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | October 14, 2016 |
| PRETRIAL CONFERENCE: | Friday, October 28, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, November 14, 2016 at 8:30 a.m. for 5 days (Bench Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet

2  and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance

3  hearing on Friday, October 7, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed

4  the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing

5  shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

6  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page

7  JOINT STATEMENT confirming they have complied with this requirement or explaining their

8  failure to comply.  If compliance is complete, the parties need not appear and the compliance

9  hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have

10  submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

11   As set forth above, the parties are REFERRED to private mediation.  The parties shall provide the

12  Court with the name of an agreed-upon mediator by December 4, 2015 by filing a JOINT Notice.

13  A compliance hearing regarding shall be held on Friday,  December 11, 2015 on the Court's

14  9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom

15  1.  By  December 4, 2015, the parties shall file either the JOINT Notice or a one-page JOINT

16  STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete,

17  the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic

18  appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

19         The parties must comply with both the Court's Standing Order in Civil Cases and Standing

20  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All

21  Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

22         **IT IS SO ORDERED.**

23  Dated: November 18, 2015

24  _____
    YVONNE GONZALEZ ROGERS
25  United States District  Court Judge

26

27

28

2