Bonnie MacNaughton (SBN 107402)
Conner G. Peretti (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:   (206) 622-3150
Facsimile:   (206) 757-7700
Email:       bonniemacnaughton@dwt.com
             connerperetti@dwt.com

John D. Freed (SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Fax:         (415) 276-6599
Email:       jakefreed@dwt.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>A&S ELECTRONICS, INC., a California corporation d/b/a TRUSTPRICE.COM; and ALAN Z. LIN, an individual,<br><br>            Defendants. | Case No. 4:15-cv-03570-YGR<br><br>**ORDER GRANTING**<br>**STIPULATION TO PERMIT MICROSOFT**<br>**TO FILE THIRD AMENDED COMPLAINT** |

WHEREAS Defendants A&S Electronics, Inc. and Alan Z. Lin ("Defendants") filed a Motion to Dismiss Microsoft's First Amended Complaint (Dkt. No. 26); and

WHEREAS on December 11, 2015, the Court issued a Tentative Ruling granting Defendants' Motion to Dismiss with leave to amend (Dkt. No. 37), and directing the parties to either stipulate to the entry of the Tentative Ruling or to appear for the scheduled oral argument on Defendants' Motion; and

WHEREAS on December 14, 2015, the parties stipulated to entry of the Tentative Ruling (Dkt. No. 38); and

WHEREAS on December 14, 2015, the Court entered the parties' stipulation (Dkt. No. 39), and directed Microsoft to file its Second Amended Complaint on or before January 12, 2016; and

WHEREAS on January 12, 2016, Microsoft filed its Second Amended Complaint (Dkt. No. 40), in which it alleged the terms of two license agreements that it contends support its claim for contributory copyright infringement pursuant to the reasoning in the Court's December 11, 2015 Tentative Ruling; and

WHEREAS on January 29, 2016, Defendants filed a Motion to Dismiss Microsoft's Second Amended Complaint (Dkt. No. 41), and noticed a hearing for March 8, 2016; and

WHEREAS in the process of preparing its Opposition to Defendants' pending Motion to Dismiss, Microsoft discovered a discrepancy in the terms of one of the license agreements alleged in the Second Amended Complaint—the Microsoft Software License Agreement for Microsoft Office 2013 Desktop Application Software ("Office 2013 License Agreement")—relating to the transferability of Microsoft Office 2013 software; and

WHEREAS Microsoft is otherwise fully prepared to file its Opposition to Defendants' Motion to Dismiss the Second Amended Complaint by the February 12, 2016 deadline; and

WHEREAS the parties agree that the litigation is best served if the Court's decision is rendered on the basis of the correct language in the Office 2013 License Agreement; and

WHEREAS the parties agree that, given the significance of Microsoft's license agreements to the Court's reasoning in the December 11, 2015 Tentative Ruling, Microsoft should amend its Complaint to set forth the exact terms of the Office 2013 License Agreement before the Court adjudicates the merits of Microsoft's allegations.

NOW THEREFORE, the parties HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Microsoft is granted leave to file a Third Amended Complaint to allege the exact terms governing the Office 2013 License Agreement;

2. Microsoft shall file its Third Amended Complaint within three (3) court days of the filing of this Stipulation;

3. Upon filing of Microsoft's Third Amended Complaint, Defendants' pending Motion to Dismiss (Dkt. No. 41) will be moot and should be taken off calendar.

4. Defendants shall have twenty (20) days to move to dismiss, answer, or otherwise respond to Microsoft's Third Amended Complaint from the date on which it is filed.

IT IS SO STIPULATED.

## ORDER

Pursuant to the above stipulation of the parties, IT IS SO ORDERED.

Dated: February 17, 2016

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT