1
2
3
4

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

5
6
7
8

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                    Plaintiff,<br><br>       vs.<br><br>A&S ELECTRONICS, INC., a California corporation d/b/a TRUSTPRICE.COM; and ALAN Z. LIN, an individual,<br><br>                    Defendants. | Case No. 4:15-cv-03570-YGR<br><br>ORDER GRANTING STIPULATION TO EXTEND CASE DEADLINES<br>**AS MODIFIED BY THE COURT** |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Presently before the Court is the parties' Stipulation to Extend Deadlines ("Stipulation"). Good cause appearing therefore, the Court **GRANTS IN PART** the parties' Stipulation, and adopts the following revised schedule for this case:

| Event | Current Deadline | Parties' Proposed New Deadline | New Deadline Per Court Order |
|---|---|---|---|
| Completion of private mediation | April 17, 2016 | October 21, 2016 | **August 15, 2016** |
| Case Management Conference | April 25, 2016 | October 31, 2016 | **August 29, 2016** |
| Non-Expert Discovery Cutoff | May 31, 2016 | November 30, 2016 | **September 30, 2016** |
| Opening Expert Reports | June 1, 2016 | December 2, 2016 | **September 30, 2016** |
| Rebuttal Expert Reports | June 15, 2016 | December 16, 2016 | **October 14, 2016** |
| Expert Discovery Cutoff | July 1, 2016 | January 6, 2017 | **October 29, 2016** |
| Dispositive/Daubert Motions | August 25, 2016 (heard) | March 2, 2017 (heard) | **December 13, 2016** |
| Joint Compliance Hearing Statement | September 30, 2016 | March 31, 2017 | **January 20, 2017** |
| Compliance Hearing | October 7, 2016 | April 7, 2017 | **January 27, 2017** |
| Joint Pretrial Statement | October 14, 2016 | April 14, 2017 | **February 3, 2017** |
| Pretrial Conference | October 28, 2016 | April 28, 2017 | **February 17, 2017** |
| Bench Trial Begins | November 14, 2016 | May 15, 2017 | **March 6, 2017** |

**IT IS SO ORDERED.**

Dated: March 7, 2016

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE