UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICROSOFT CORPORATION**,<br><br>Plaintiff,<br><br>v.<br><br>**A&S ELECTRONICS, INC.,** *ET AL.*,<br><br>Defendants. | Case No.  15-cv-03570-YGR<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATIONS TO EXTEND CASE DEADLINES**<br><br>Re: Dkt. No. 61, 63 |

The Court is in receipt of the parties' two Stipulations to Extend Case Deadlines, filed July 29, 2016, and August 8, 2016.  (Dkt. Nos. 61 and 63.)  The July 29 Stipulation (Dkt. No. 61) is **GRANTED**; the more lengthy extension of time sought in the August 8 Stipulation (Dkt. No. 63) is **DENIED**.  The schedule is modified as set forth below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| A&S last day to file summary judgment motion on the license/sale issue | August 16, 2016 | September 16, 2016 |
| Microsoft last day to file opposition and cross-motion for summary judgment | August 30, 2016 | September 30, 2016 |
| A&S last day to file reply and opposition to Microsoft's motion | September 13, 2016 | October 14, 2016 |
| Microsoft last day to file reply | September 27, 2016 | October 28, 2016 |
| Hearing | October 18, 2016 | November 15, 2016 |

**IT IS SO ORDERED.**

Dated: August 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**