UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICROSOFT CORPORATION**,<br><br>Plaintiff,<br><br>v.<br><br>**A&S ELECTRONICS, INC.**, *ET AL.*,<br><br>Defendants. | Case No.  15-cv-03570-YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE AND FAILURE TO FILE JOINT CASE MANAGEMENT STATEMENT** |

**TO PLAINTIFF MICROSOFT CORPORATION AND DEFENDANTS A&S ELECTRONICS, INC. AND ALAN Z. LIN AND THEIR COUNSEL OF RECORD:**

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned in the amount of **$200.00 per side** for failure to appear at the case management conference scheduled for August 29, 2016, at 2:00 p.m. (*see* Docket No. 48), and for failure to file a case management statement in advance of that conference as required by Civil Local Rule 16-10(d).

A hearing on this Order to Show Cause will be held on **Friday, September 9, 2016,** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **September 2, 2016**, the parties must file: (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; and (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint case management statement and/or appear at the scheduled case managyent conference.

If the Court is satisfied with the parties' response, the parties need not appear and the

hearing will be taken off calendar.  Otherwise, lead trial counsel must personally appear at the hearing.  Neither a special appearance nor a telephonic appearance will be permitted.  Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: August 29, 2016

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**