UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICROSOFT CORPORATION**,<br><br>                     Plaintiff,<br><br>      v.<br><br>**A&S ELECTRONICS, INC.**, *ET AL.*,<br><br>                     Defendants. | Case No.  15-cv-03570-YGR<br><br>**ORDER STRIKING SEPARATE OBJECTIONS DOCUMENT**<br><br>Dkt. No. 103 |

      Defendants A&S Electronics, Inc. and Alan Z. Lin filed a document entitled Defendants' Objections to Evidence Offered by Microsoft In Support of Its Opposition to Defendants' Motion for Summary Judgment.  (Dkt. No. 101.)  That document is **STRICKEN** as having been filed contrary to Civil Local Rule 7-3(a) ("Any evidentiary and procedural objections to the motion must be contained within the brief or memorandum.").

      **IT IS SO ORDERED.**

Dated: October 26, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**